PETER BALLENTINE et al., Respondents, *v.* HENRY S. HENRY,
Appellant.

(Argued March 11, 1873; decided June term, 1873.)

ACTION upon a promissory note. Defence, failure of con-

sideration and fraud, and that plaintiffs were not *bona fide* holders. Decided upon the facts in the case.

*Joseph J. Marvin*, for the appellant.

*A. H. Dana*, for the respondents.

EARL, C., reads for affirmance.
All concur.
Judgment affirmed.